AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 20, 2023**

SEAN F. McAVOY, CLERK

ALEXANDRYA R.,

    *Plaintiff*

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*

Civil Action No. 4:20-cv-05231-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 18) is GRANTED IN PART.
Defendant's Motion for Summary Judgment (ECF No. 24) is DENIED.
Matter is REMANDED to the Commissioner for additional proceedings consistent with the Order.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JAMES A. GOEKE on motions for summary judgment.

Date: 03/20/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
    *(By) Deputy Clerk*

Allison Yates